IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Water Polo I, L.P., | : | |
| Appellant | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 360 C.D. 2022 |
| | : | |
| West Hanover Township | : | |
| Sewer Authority | : | |
| | | |
| Water Polo I, L.P. | : | |
| | : | |
| v. | : | No. 392 C.D. 2022 |
| | : | |
| West Hanover Township | : | |
| Sewer Authority, | : | |
| Appellant | : | |

**PER CURIAM**                    **O R D E R**

NOW, September 26, 2023, having considered Designated Appellant's application for reargument and Designated Appellee's answer in response thereto, the application is DENIED.